UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN JOSEPH REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01467-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 10) |

Reuben Reyes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. On November 14, 2022, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). On November 15, 2022, Plaintiff's application was granted. (ECF No. 8). On November 17, 2022, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 10).

As the Court granted Plaintiff's first application to proceed *in forma pauperis*, Plaintiff's second application (ECF No. 10) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **November 18, 2022**          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1