# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN JOSEPH REYES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LOPEZ, et al.,<br><br>  Defendants. | No. 1:22-cv-01467-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 17) |

Plaintiff Reuben Joseph Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2023, the assigned magistrate judge entered findings and recommendations, recommending that all claims and Defendants be dismissed, except for Plaintiff's Fourteenth Amendment Due Process Clause claims and his First Amendment Free Speech claims against Defendants Lopez, Alvarez, and Benavides related to the book Plaintiff did not receive. (Doc. 17.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto must be filed within fourteen days. Plaintiff has filed no objections, and the time to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 27, 2023 (Doc. 17) are **ADOPTED IN FULL**.
2. All claims and defendants are dismissed, except for Plaintiff's Fourteenth Amendment Due Process Clause claims and his First Amendment Free Speech claims against Defendants Lopez, Alvarez, and Benavides related to the book Plaintiff did not receive.

IT IS SO ORDERED.

Dated:   **June 12, 2023**

UNITED STATES DISTRICT JUDGE

2